IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SIRBU,　　　　　　　　　　　　　　　No. C 09-3594 MMC

　　　　　Plaintiff,　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

UNITED COLLECTION BUREAU, INC.,

　　　　　Defendant　　　　　　　　　　　　/

　　　　Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

　　　　IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

　　　　**IT IS SO ORDERED.**

Dated:  August 28, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge